UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>-against-<br><br>CARLOS MANUEL DA SILVA SANTOS, ASSETVEST CORP., and ELIAS ACHILLEOS,<br><br>*Defendants*. | Docket No. 23-CR-02507<br><br>Case No. 2023R03759<br><br>**ORDER GRANTING MOTION FOR RESTITUTION PAYMENT** |

On January 21, 2026, Greenberg Traurig, LLP on behalf of Delphi Studios 1, LLC and EMC Presents Delphi LLC filed a Motion for Restitution Payment ("Motion") (ECF No. 189).

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the restitution funds to which Delphi Studios 1, LLC is entitled to be paid to Greenberg Traurig, LLP as counsel to EMC Presents Delphi, LLC.

Dated:  02/04/26

*Robert S. Huie*

Hon. Robert S. Huie
United States District Judge

1
ORDER ON MOTION FOR RESTITUTION PAYMENT